RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Michael Anthony Villalba

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Michael Anthony Villalba,<br><br>      Defendant. | Case No. 2:24-mj-00037-DJA<br><br>**Stipulation and Proposed Order** |

Mr. Villalba was charged by complaint on January 11, 2024, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 2.)

Mr. Villalba entered a plea agreement on August 7, 2024. (ECF Nos. 14, 15.) Under that agreement, Mr. Villalba pleaded guilty to Count One. (ECF No. 14.) Counts Two and Three were dismissed. (*Id.*) Mr. Villalba was sentenced on Count One as follows: "Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and

1  victim impact panel; complete eight (8) hours online alcohol awareness course; and
2  restricted from Lake Mead National Recreational Area for six months. Should the
3  defendant complete his obligations within the first six months of his unsupervised
4  probation, the court will allow the defendant to withdraw his guilty plea to count one
5  and the government will move to amend count one to reckless driving, see plea
6  agreement." (*Id.*)

Mr. Villalba now has completed the special conditions of his unsupervised probation. Accordingly, the parties agree that Count One should be amended to Reckless Driving, and the status conference set for February 14, 2025, at 11:30 AM should be vacated.

Dated: February 12, 2025

Respectfully submitted,

Rene L. Valladares                              Sue Fahami
Federal Public Defender                         Acting United States Attorney

*/s/ Rick A. Mula*                              */s/ Skyler H. Pearson*
Rick A. Mula                                    Skyler H. Pearson
Assistant Federal Public Defender               Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Anthony Villalba,<br><br>    Defendant. | Case No. 2:24-mj-00037-DJA<br><br>**[Proposed] Order** |

The Court finds that Mr. Villalba has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Villalba is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for February 14, 2025 at 11:30 AM is vacated.

DATED this 12th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE